**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

AURELIJA CARUSO GOTAUTIENE,

       Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No.: 6:23-cv-1034-WWB-DCI

SECRETARY, DEPARTMENT OF
HOMELAND SECURITY and
DIRECTOR, U.S. CITIZENSHIP AND
IMMIGRATION SERVICES,

       Defendants.

## ORDER

THIS CAUSE is before the Court on Plaintiff's Notice of Voluntary Dismissal (Doc. 16). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Orlando, Florida on November 13, 2023.

*WENDY W. BERGER
UNITED STATES DISTRICT JUDGE*

Copies to:

Counsel of Record